Stanley Frank BOYD, Appellant,

v.

Larry NORRIS, Director, Arkansas Department of Correction; Larry May, Assistant Director, Arkansas Department of Correction; Robert Perry, Major, Wrightsville Unit, ADC; Marvin Baird, Sgt., North Central Unit, ADC; Wright, CO-I, North Central Unit, ADC; John Byus, Medical Director/Administrator, Arkansas Department of Correction, Appellees.

No. 02–1177.

United States Court of Appeals, Eighth Circuit.

Submitted May 6, 2002.

Decided Nov. 14, 2002.

Before LOKEN, BEAM, and RILEY, Circuit Judges.

PER CURIAM.

Arkansas inmate Stanley Frank Boyd appeals from the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 complaint against various prison officials for failure to exhaust administrative remedies, as required by 42 U.S.C. § 1997e(a). After he was attacked by a fellow inmate, Boyd filed a grievance asking that the other inmate be locked down pending investigation. When the grievance was denied, Boyd commenced this action, seeking

---

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

relief for failure to protect him from the assault, inadequate medical care for the resulting injuries, failure to prosecute the other inmate, overcrowding and understaffing in the prison, retaliatory transfer, and "numerous violations" of federal and state law. Before dismissing, the district court ordered Boyd to submit proof that he had exhausted all claims. In response, Boyd referred to his expanded description of the incident in appealing the denial of his initial grievance. In these circumstances, the district court properly dismissed the entire complaint without prejudice. *See Graves v. Norris,* 218 F.3d 884, 885 (8th Cir.2000) (per curiam) (§ 1997e(a) requires exhaustion of all available prison grievance remedies as to all claims). Accordingly, we affirm, *see* 8th Cir. R. 47B, and we also deny Boyd's pending motion.

A true copy.